IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01349-PSF-PAC

MINERVA WEST,

    Plaintiff,

v.

MICHAEL W. WYNNE, SAF,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Dispositive Motion (Doc. #44), filed April 5, 2007, is **GRANTED**.

    Discovery in this action is **STAYED** pending the court's ruling on Defendant's Motion to Dismiss (Doc. #18).

Dated:  April 9, 2007