IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01349-PSF-KLM

MINERVA WEST,

    Plaintiff,

v.

MICHAEL W. WYNNE, SAF,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's Motion to: (1) Compel Plaintiff's Attendance at her Deposition, (2) Compel Plaintiff to Respond to Defendant's Interrogatories and Requests for Production of Documents, (3) Extend the Discovery Cut-Off Deadline, and (4) Extend the Motions Cut-Off Deadline [Docket No. 56; Filed November 21, 2007] (the "Motion"). By Order dated November 26, 2007, the Court ordered Plaintiff to respond to the Motion by December 7, 2007 [Docket No. 58]. Plaintiff failed to respond or lodge an objection to the relief Defendant seeks.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff is ordered to appear for her deposition at the Denver U.S. Attorney's Office, which shall be noticed by Defendant to occur no later than **January 14, 2008**. Plaintiff is also ordered to fully respond to Defendant's First Set of Interrogatories and First Set of Requests for Production of Documents no later than **December 31, 2007**. *Plaintiff is advised that failure to comply with the Court's Order may result in sanctions in the future, including the dismissal of her action and/or an award of attorney fees to Defendant*.

    IT IS FURTHER **ORDERED** that the deadlines established by the Court pursuant to its Order of September 4, 2007 [Docket No. 54] are extended as set forth below:

- Discovery Cut-Off    **January 14, 2008**
- Dispositive Motions Deadline    **February 13, 2008**

    IT IS FURTHER **ORDERED** that the Court, *sua sponte*, **vacates** the Final Pretrial Conference set for February 4, 2008 at 1:30 p.m. and **RESETS** it to **March 4, 2008 at 10:00 a.m.** in Courtroom **A-501,** Fifth Floor, of the Alfred A. Arraj United States

Courthouse, 901 19th Street, Denver, Colorado, 80294.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures **no later than February 26, 2008.** The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: December 13, 2007