IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01349-EWN-KLM

MINERVA WEST,

    Plaintiff,

v.

MICHAEL W. WYNNE, SAF,

    Defendant.
_____

**ORDER DISCHARGING ORDER TO SHOW CAUSE**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Court's Order to Show Cause issued to Plaintiff on February 7, 2008 [Docket No. 68]. Plaintiff failed to respond to the Order, and the Court recommended that Plaintiff's case be dismissed with prejudice on February 22, 2008 [Docket No. 69].

    IT IS HEREBY **ORDERED** that the Order to Show Cause is **DISCHARGED**.

Dated: February 22, 2008

                                                    BY THE COURT:

                                                    s/ Kristen L. Mix
                                                    U.S. Magistrate Judge
                                                    Kristen L. Mix