IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06-cv-01349-EWN-KLM

MINERVA WEST,

    Plaintiff,

v.

MICHAEL W. WYNNE, SAF,

    Defendant.

---

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE DATED FEBRUARY 22, 2008**

---

    This matter comes before the Court on the Recommendation of the Magistrate Judge entered February 22, 2008 (Dkt. # 69) in which she recommends granting Defendant's Motion to Dismiss filed January 7, 2008 (Dkt. # 61) which seeks dismissal of plaintiff's complaint with prejudice, and also recommends dismissing plaintiff's *pro se* disability discrimination case with prejudice for plaintiff's failure to fully and timely prosecute the case. Plaintiff filed her "Reply To Magistrate Judge's Motion to Dismiss" (Dkt. # 71) on March 5, 2008. The Court will treat plaintiff's filing as an objection under F.R.Civ.P. 72(b), and consider the matter *de novo*. Defendant filed his response to plaintiff's objection on March 19, 2008 (Dkt. # 72). For the reasons set forth below, the Court accepts the Recommendation of the Magistrate Judge and dismisses plaintiff's case with prejudice.

**I. BACKGROUND**

    The basis for the Magistrate Judge's Recommendation is plaintiff's failure to respond to

discovery requests submitted by defendant and her failure to comply with an order of the Magistrate Judge regarding discovery entered on December 13, 2007. The order directed plaintiff to produce discovery to defendant no later than December 31, 2007, and to appear at a properly noticed deposition no later than January 14, 2008 (Dkt. # 59). The Magistrate Judge warned Plaintiff "that failure to comply with the Court's Order may result in sanctions in the future, including dismissal of her action and/or an award of attorney fees to Defendant." *Id*. Plaintiff failed to comply with the Magistrate Judge's order of December 13, 2007. Defendant filed its motion to dismiss on January 7, 2008. Plaintiff filed no response to the motion. On February 7, 2008, the Magistrate Judge ordered plaintiff to show cause by February 18, 2008 why the case should not be dismissed (Dkt. # 68). Plaintiff failed to do so. The Magistrate Judge issued her Recommendation on February 22, 2008.

In *Ehrenhaus v. Reynolds*, 965 F.2d 916, 921 (10th Cir.1992), the Tenth Circuit held that "before choosing dismissal [with prejudice] as a just sanction [for discovery violations], a court should ordinarily consider a number of factors, including: 1) the degree of actual prejudice to the defendant; (2) the amount of interference with the judicial process; (3) the culpability of the litigant; (4) whether the court warned the party in advance that dismissal of the action would be a likely sanction for noncompliance, and (5) the efficacy of lesser sanctions. Consistent with the Tenth Circuit's statement, the Magistrate Judge here applied the *Ehrenhaus* factors and concluded that the sanction of dismissal with prejudice is proper. I agree.

**II. ANALYSIS**

Plaintiff's objection of March 5, 2008 does not set forth any good grounds for not accepting the Recommendation of the Magistrate Judge. Nor does it demonstrate errors of law or mistakes of fact in the Recommendation. Other than stating that she supplied some medical records to defendant, and stating that she does not have the means to "journey to Denver," plaintiff supplies no explanation for her failure to comply with the discovery order, for simply not appearing at her deposition, or for failing to respond to the order to show cause. She does not state that she will comply with the discovery requests.

Plaintiff's *pro se* status does not excuse her from complying with the requirements of the Federal Rules of Civil Procedure if she wishes to pursue this case. She provides no grounds for me to find that any sanction short of dismissal will be effective in achieving compliance with the orders of the Court and the Rules of Civil Procedure. Plaintiff makes no argument that dismissal is not an appropriate sanction.

I find that all of the *Ehrenhaus* factors set forth above weigh in favor of dismissal with prejudice here, for the reasons set forth in the Recommendation of the Magistrate Judge, and the analysis need not be restated here.

Accordingly, the Recommendation of the Magistrate Judge is accepted and the Defendant's Motion to Dismiss (Dkt. #25) is GRANTED. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED: March 26, 2008

BY THE COURT:

s/ Edward W. Nottingham
Edward W. Nottingham
Chief United States District Judge